BRIAN L. BUDSBERG, WSBA#11225
Budsberg Law Group, PLLC
P.O. Box 1489
Olympia, WA 98507-1489
Telephone: (360) 584-9093
Facsimile: (360) 252-8333
Attorney for Creditor

JUDGE KAREN OVERSTREET
Location Seattle
Chapter 11
**Hearing Date: February 18, 2011**
**Hearing Time: 9:30 a.m.**
**Response Date: February 11, 2011**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>SYNERGISTIC ENTERPRISES, INC.<br>SUSTAINABLE ENTERPRISES, LLC.<br><br>Debtors. | No. 10-23256<br>No. 10-23257<br><br>STIPULATED ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND SETTING HEARING ON CONFIRMATION |

THIS MATTER came before the Court on by agreement of the parties, Creditor Charles Utterback and Trust Company of America ("TCA"), by and through his attorney of record, Brian L. Budsberg and Synergistic Enterprises, Inc. and Sustainable Enterprises, LLC (herein "Debtor") by and through its attorney of record, Larry Feinsten for Stipulated Order on Approval of Amended Disclosure Statement. The Debtor and objecting Creditor have reached agreement on the form of the Disclosure Statement with the Creditor's Amended Disclosure Statement filed on or about February 16, 2011, and are now ready to proceed to the confirmation hearing.

WHEREFORE the Court, being thus duly advised and having found that agreement and approval of the Disclosure Statement was sufficient and that the Creditor was the only party to object by the Response date, hereby finds as follows:

STIPULATED ORDER APPROVING
AMENDED DISCLOSURE STATEMENT
AND SETTING HEARING ON
CONFIRMATION
P a g e | 1

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
360-584-9093

A. The Debtor's Amended Disclosure Statement contains information of a kind, and in sufficient detail, as far as is reasonably practicable under the circumstances, that would enable a hypothetical reasonable investor to make an informed judgment about the Plan.

B. The Debtor's Amended Disclosure Statement otherwise complies with applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and

C. The Court has considered the objection of the Creditor to approval of the Disclosure Statement filed herein, and finds and concludes that such objections have either been resolved or should be amended.

Now, therefore, based on the foregoing findings, it is hereby

ORDERED as follows:

1. The Debtor's Disclosure Statement, in the form filed with the Court as the "First Amended Chapter 11 Plan and Agreed Disclosure Statement with Creditor Charles Utterback's Amendment Attached Thereto" filed under Docket #32 on February 16, 2011, is approved and the Debtor may now solicit acceptances or rejections of the Debtor's First Amended Plan of Reorganization ("Plan") pursuant to 11 U.S.C. §1125.

2. On or before **_March 1_____, 2011** the Debtor shall cause to be placed in the mail to all creditors and other parties in interest indicated on the official mailing matrix maintained by the Clerk of the Court a copy of the Plan and the approved Disclosure Statement, along with a ballot on which creditors may indicate acceptance or rejection of the Plan.

3. All acceptances or rejections of the Plan must be in writing and served on counsel for the Debtor no later than **__April 1_____, 2011.**

4. Any objections to confirmation of the Plan shall be in writing, filed with this Court, and served on counsel for the Debtor no later than **_April 1_____, 2011**.

STIPULATED ORDER APPROVING
AMENDED DISCLOSURE STATEMENT
AND SETTING HEARING ON
CONFIRMATION
P a g e | 2

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
360-584-9093

5. The Debtor shall comply with Local Bankruptcy Rules 3018-1 and 3020-1 with respect to preparing and filing a Summary of Ballots and Pre-Confirmation Report.

6. The Debtor shall file the Summary of Ballots and Pre-Confirmation Report with this Court no later than _April 15_____, 2011.

7. The parties anticipate that the matter will be contested and will take two days for an evidentiary hearing on confirmation, as there are over 25 parcels of property and the court will take testimony from appraisers and witnesses for the debtor and any objecting creditor as to valuation. A hearing shall be held commencing on __May 3_____, 2011 at _9:30_____ **a.m.** and continuing as necessary on ____ **May 4, 2011**_____for this Court's consideration of the confirmation of the Debtor's Amended Plan and any objections thereto which have been timely filed pursuant to the terms of this Order.

8. A pretrial conference to outline the procedures for trial shall be held on April 26 2011 at 9:15 a.m., in Judge Overstreet's courtroom in Seattle.

Presented By:

/s/ Brian L. Budsberg
Brian L. Budsberg, WSBA #11225
Attorney for the Creditor

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Approved by:

/s/ Larry B. Feinsten
Larry B. Feinsten, WSBA #6074
Attorney for the Debtor

STIPULATED ORDER APPROVING
AMENDED DISCLOSURE STATEMENT
AND SETTING HEARING ON
CONFIRMATION
P a g e | 3

BUDSBERG LAW GROUP, PLLC
P.O. Box 1489
Olympia, Washington 98507
360-584-9093